# EXHIBIT A



**null / ALL**
**Transmittal Number: 28761504**
**Date Processed: 03/20/2024**

# Notice of Service of Process

| | |
|---|---|
| **Primary Contact:** | Marianne Litwa<br>Trans Union<br>2 Baldwin Pl<br>Crum Lynne, PA 19022-1370 |
| **Electronic copy provided to:** | Daisy Cornejo<br>Laura Rang<br>Anne Reader |

| | |
|---|---|
| **Entity:** | Trans Union LLC<br>Entity ID Number  1884665 |
| **Entity Served:** | Trans Union, LLC |
| **Title of Action:** | Randy McKinley vs. Trans Union LLC |
| **Matter Name/ID:** | Randy McKinley vs. Trans Union LLC (15449521) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Violation of State/Federal Act |
| **Court/Agency:** | Baltimore County District Court, MD |
| **Case/Reference No:** | CVD-08-CV-24-013150 |
| **Jurisdiction Served:** | Maryland |
| **Date Served on CSC:** | 03/20/2024 |
| **Answer or Appearance Due:** | 15 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Certified Mail |
| Sender Information: | Randy McKinley<br>410-303-6091 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

410-512-2000

**DISTRICT COURT OF MARYLAND FOR**
**BALTIMORE COUNTY**
120 E. Chesapeake Avenue
Towson Maryland 21286-5307

**Case Number: D-08-CV-24-013150**

**RANDY MCKINLEY VS. TRANS UNION, LLC**

## WRIT OF SUMMONS

Serve on:
Trans Union, LLC
SO/RA: CSC Lawyers Incorporating Service Company
7 St. Paul Street, Suite 820
BALTIMORE, MD 21202

| | |
|---|---|
| Date Filed: | 03/04/2024 |
| Issue Date: | 3/5/2024 |
| Trial Date: | 5/24/2024 |
| Trial Time: | 9:00 AM |
| Trial Room: | No Location |

You are summoned to appear for trial at the date, time, and location shown above. **If you intend to be present at the trial, you must file the attached Notice of Intention to Defend within ☒ 15 days ☐ 60 days of receiving this complaint.** Failure to file the Notice of Intention to Defend may result in a judgment against you.

| **MUST BE SERVED BY:** | 05/04/2024 | | Maria R. Fields/AP |
|---|---|---|---|
| | Date | | Administrative Clerk |

## NOTICE OF INTENTION TO DEFEND

Case Number: D-08-CV-24-013150                                   Trial Date: 5/24/2024
Defendant: Trans Union, LLC

NOTICE: **If you contest all or part of the claim,** complete this Notice of Intention to Defend and file it with the court listed at the top of this summons no later than ☒ 15 days ☐ 60 days after you receive this summons. You may request a remote hearing. For more information about remote hearings, visit mdcourts.gov/district/remotehearings or contact the court (mdcourts.gov/district/directories/courtmap). If you do not attend the hearing, a judgment could be entered against you.
**ATTENTION CORPORATIONS & LLCs:** this notice must be filed by an attorney, and you must be represented at trial by an attorney. **EXCEPTION:** where the amount claimed doesn't exceed $5,000.00, corporations may be represented by an officer; LLCs may be represented by a member. Both may be represented by a properly designated employee. See Maryland Annotated Code, Business Occupations and Professions, § 10-206(b)(4) for details.
**To request a foreign language interpreter or a reasonable accommodation under the ADA, please contact the court immediately. Possession and use of cell phones and other electronic devices may be limited or prohibited in designated areas of the court facility.**
      **SEE NOTICE TO DEFENDANT ON COMPLAINT FORM FOR IMPORTANT INFORMATION**
I intend to be present at the trial of this claim and demand proof of the plaintiff's claim.
**Brief explanation of defense:** _____
_____

| | | |
|---|---|---|
| Date | Signature | Print Name |
| Address | City, State, Zip | Home/Work  Telephone Number |
| E-mail | | Mobile/Cell Phone Number |

**DISTRICT COURT OF MARYLAND FOR**
**BALTIMORE COUNTY**
120 E. Chesapeake Avenue
Towson Maryland 21286-5307

410-512-2000

**Case Number: D-08-CV-24-013150**

**Randy McKinley vs. Trans Union, LLC**

Serve on:
Trans Union, LLC
SO/RA: CSC Lawyers Incorporating Service Company
7 St. Paul Street, Suite 820
BALTIMORE, MD 21202

| | |
|---|---|
| Date Filed: | 03/04/2024 |
| Issue Date: | 3/5/2024 |
| Trial Date: | 5/24/2024 |
| Trial Time: | 9:00 AM |
| Trial Room: | No Location |

**MUST BE SERVED BY:** _____ 05/04/2024 _____
<br>Date

Maria R. Fields/AP
<br>Administrative Clerk

---

**FOR PROCESS SERVER USE ONLY**

To ☐ Sheriff/Constable    ☐ Private Process Server

You are commanded to serve this Writ of Summons and to make your return promptly if served. If you are unable to serve, you are to make your return below and return the original process to the court no later than ten (10) days following the termination of the validity of the process.

I certify that:

☐ I served a summons by delivery of the complaint and all supporting papers to: _____
<br>Name

on _____ _____ ☐ A.M. ☐ P.M. at _____
<br>Date      Time                              Location

The person I left the papers with acknowledged being: (1) A resident of the above listed address; (2) 18 years of age or older; (3) of suitable discretion in that relationship to the defendant is _____ ;
and that (4) the above listed address is the defendant's residence or usual place of abode. The facts upon which I concluded that the individual served is of suitable age and discretion are: _____

The cost of service is $ _____

Description of the defendant/person served: Race _____ Sex _____ Ht._____ Wt._____ Age _____

☐ I was unable to serve because _____

ATTEMPT: _____    ATTEMPT: _____    ATTEMPT: _____    ATTEMPT: _____

---

REFUND TO:

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief and do further affirm I am a competent person over 18 years of age and not party to the case.

_____
<br>Print Name of Process Server

_____
<br>Address

**"Insert Barcode Here"**

_____
<br>City, State, Zip

_____
<br>Telephone Number

_____
<br>Signature of Process Server

_____
<br>Date

**DISTRICT COURT OF MARYLAND FOR**  410-512-2000
**BALTIMORE COUNTY**
120 E. Chesapeake Avenue
Towson Maryland 21286-5307

Case Number: **D-08-CV-24-013150**

**RANDY MCKINLEY VS. TRANS UNION, LLC**

## WRIT OF SUMMONS

Serve on:
Trans Union, LLC
SO/RA: CSC Lawyers Incorporating Service Company
7 St. Paul Street, Suite 820
BALTIMORE, MD 21202

| | |
|---|---|
| Date Filed: | 03/04/2024 |
| Issue Date: | 3/5/2024 |
| Trial Date: | 5/24/2024 |
| Trial Time: | 9:00 AM |
| Trial Room: | No Location |

You are summoned to appear for trial at the date, time, and location shown above. **If you intend to be present at the trial, you must file the attached Notice of Intention to Defend within** ☒ **15 days** ☐ **60 days of receiving this complaint.** Failure to file the Notice of Intention to Defend may result in a judgment against you.

| **MUST BE SERVED BY:** | 05/04/2024 | Maria R. Fields/AP |
|---|---|---|
| | Date | Administrative Clerk |

## NOTICE OF INTENTION TO DEFEND

Case Number: D-08-CV-24-013150                                        Trial Date: 5/24/2024
Defendant: Trans Union, LLC

NOTICE: **If you contest all or part of the claim,** complete this Notice of Intention to Defend and file it with the court listed at the top of this summons no later than ☒ 15 days ☐ 60 days after you receive this summons. You may request a remote hearing. For more information about remote hearings, visit mdcourts.gov/district/remotehearings or contact the court (mdcourts.gov/district/directories/courtmap). If you do not attend the hearing, a judgment could be entered against you. **ATTENTION CORPORATIONS & LLCs:** this notice must be filed by an attorney, and you must be represented at trial by an attorney. EXCEPTION: where the amount claimed doesn't exceed $5,000.00, corporations may be represented by an officer; LLCs may be represented by a member. Both may be represented by a properly designated employee. See Maryland Annotated Code, Business Occupations and Professions, § 10-206(b)(4) for details.
**To request a foreign language interpreter or a reasonable accommodation under the ADA, please contact the court immediately. Possession and use of cell phones and other electronic devices may be limited or prohibited in designated areas of the court facility.**
        **SEE NOTICE TO DEFENDANT ON COMPLAINT FORM FOR IMPORTANT INFORMATION**
I intend to be present at the trial of this claim and demand proof of the plaintiff's claim.
**Brief explanation of defense:** _____
_____

| | | |
|---|---|---|
| Date | Signature | Print Name |
| Address | City, State, Zip | Home/Work  Telephone Number |
| E-mail | | Mobile/Cell Phone Number |

**DISTRICT COURT OF MARYLAND FOR
BALTIMORE COUNTY**
120 E. Chesapeake Avenue
Towson Maryland 21286-5307

410-512-2000

**Case Number: D-08-CV-24-013150**

**Randy McKinley vs. Trans Union, LLC**

Serve on:
Trans Union, LLC
SO/RA: CSC Lawyers Incorporating Service Company
7 St. Paul Street, Suite 820
BALTIMORE, MD 21202

| | |
|---|---|
| Date Filed: | 03/04/2024 |
| Issue Date: | 3/5/2024 |
| Trial Date: | 5/24/2024 |
| Trial Time: | 9:00 AM |
| Trial Room: | No Location |

**MUST BE SERVED BY:** _____05/04/2024_____
Date

Maria R. Fields/AP
Administrative Clerk

---

### FOR PROCESS SERVER USE ONLY

To ☐ Sheriff/Constable   ☐ Private Process Server

You are commanded to serve this Writ of Summons and to make your return promptly if served. If you are unable to serve, you are to make your return below and return the original process to the court no later than ten (10) days following the termination of the validity of the process.

I certify that:

☐ I served a summons by delivery of the complaint and all supporting papers to: _____
Name

on _____ _____ ☐ A.M. ☐ P.M. at _____
Date        Time
Location

The person I left the papers with acknowledged being: (1) A resident of the above listed address; (2) 18 years of age or older; (3) of suitable discretion in that relationship to the defendant is _____;
and that (4) the above listed address is the defendant's residence or usual place of abode. The facts upon which I concluded that the individual served is of suitable age and discretion are: _____

_____

The cost of service is $_____

Description of the defendant/person served: Race _____ Sex _____ Ht. _____ Wt. _____ Age _____

☐ I was unable to serve because _____

ATTEMPT: _____   ATTEMPT: _____   ATTEMPT: _____   ATTEMPT: _____

---

REFUND TO:

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief and do further affirm I am a competent person over 18 years of age and not party to the case.

_____
Print Name of Process Server

_____
Address

**"Insert Barcode Here"**

_____
City, State, Zip          Telephone Number

_____
Signature of Process Server          Date

---

**DISTRICT COURT OF MARYLAND FOR** Baltimore County

LOCATED AT (COURT ADDRESS)

CASE NO.

**CV** D-08-CV-24-013150

**COMPLAINT/APPLICATION AND AFFIDAVIT
IN SUPPORT OF JUDGMENT**
☒ $5,000 or under    ☐ over $5,000

Clerk: Please docket this case in an action of ☐ contract ☒ tort ☐ replevin
☐ detinue ☐ bad faith insurance claim ☐ consumer debt (original creditor)
The particulars of this case are:

**PARTIES**

Plaintiff - Name Address, Telephone Number
Randy McKinley
6805 Real Princess Lane
Gwynn Oak, Maryland 21207
410-303-6091

VS.

Defendant(s) - Name, Address, Telephone Number
1.
Trans Union, LLC

CSC Lawyers Incorporating Service Company (Resident Agent)
7 St. Paul Street, Suite 820
Baltimore, MD 21202

Serve by:
☒ Certified Mail
☐ Private Process
☐ Constable
☐ Sheriff

2.

Serve by:
☐ Certified Mail
☐ Private Process
☐ Constable
☐ Sheriff

3.

RECEIVED

Serve by:
☐ Certified Mail
☐ Private Process
☐ Constable
☐ Sheriff

4.

RECEIVED

MAR 0 4 2024

BY: TM

Serve by:
☐ Certified Mail
☐ Private Process
☐ Constable
☐ Sheriff

Per 15 USC 1681a2 Subject to subsection (c), any consumer
reporting agency may furnish a consumer report under the
following circumstances and no other in accordance with the
written instructions of the consumer to whom it relates. I didn't
authorize Upgrade Inc to report information to the credit bureaus
on my behalf. Per 15 USC 1681a4 There is no need to insure that
consumer reporting agencies exercise their grave responsibilities
with fairness, impartiality, and a respect for the consumer's right
to privacy. My rights to privacy have been violated.

(See Continuation Sheet)

☒ I am interested in trying to resolve this dispute through mediation/ADR.
(You will be contacted about ADR services after the defendant is served.)

The plaintiff claims:
Principal: $ 5,000
Pre-judgment interest at the ☐ legal rate ☐ contractual rate, calculated at
_____ %, from _____ to _____
( _____ days x $ _____ per day)
Total Principal + pre-judgment interest: $ 5,000
Post-judgment interest at the ☐ legal rate ☐ contractual rate until
_____ , legal rate thereafter ☐ waived
and attorney's fees of $ _____ plus court costs.
☐ Return of the property valued at $ _____ and damages of
$ _____ for its detention in an action of replevin.
☐ Return of the property, or its value, $ _____ and damages
of $ _____ for its detention in action of detinue.
☐ Other: _____
and demands judgment for relief.

*Randy McKinley*
Signature of Plaintiff/Attorney/Attorney Code          Attorney Number
Printed Name: Randy McKinley
Address: 6805 Real Princess Lane, Gwynn Oak, Maryland 21207

Telephone: 410-303-6091          Fax: _____
E-mail: ranmckinley@gmail.com

**ATTORNEYS**

For Plaintiff - Name, Address, Telephone Number & Code
N/A

**MILITARY SERVICE AFFIDAVIT**

☐ Defendant(s) _____ is/are in the military service.
☐ Verified through DOD at: http://scra.dmdc.osd.mil/
Name
☒ No defendant is in the military service. The facts supporting this statement are: _____

Specific facts must be given for the court to conclude that each defendant who is a natural person is not in the military.

☐ I am unable to determine whether or not any defendant is in military service.
I hereby declare or affirm under the penalties of perjury that the facts and matters set forth in this Affidavit are true and correct to the best of
my knowledge, information, and belief.

_3/4/2024_
Date

*Randy McKinley*
Signature of Affiant

**APPLICATION AND AFFIDAVIT IN SUPPORT OF JUDGMENT** (See Plaintiff Notice on Back Page)
The attached documents contain sufficient detail as to liability and damage to notify the defendant clearly of the claim against the defendant,
including the amount of any interest claimed.
☐ Properly authenticated copy of any note, security agreement upon which claim is based ☐ Itemized statement of account ☐ Interest
worksheet ☐ Vouchers ☐ Check ☐ Other written document ☐ _____ ☐ Verified itemized repair bill or estimate
I HEREBY CERTIFY: That I am the ☒ plaintiff ☐ _____ of the plaintiff herein and am competent to testify to the
matters stated in this complaint, which are made upon my personal knowledge; that there is justly due and owing by the defendant to the
plaintiff the sum set forth in the complaint.
I solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of this document are true.

_____
Date

_____
Signature of Affiant

DC-CV-001 (front) (Rev. 10/01/2023)          CMPET

## NOTICE TO DEFENDANT
### Before Trial

**This complaint contains the details of the plaintiff's claim** against you and the relief that the plaintiff (the person or company suing you) seeks. The plaintiff has the burden to provide evidence to prove their case at trial. If the plaintiff has completed the affidavit portion of the complaint form, the evidence should be attached to the complaint.

**You may hire your own attorney.** If you're not able to hire an attorney, you can get legal help from an attorney through a **Maryland Court Help Center**. Court locations are open Monday to Friday from 8:30 a.m. to 4:30 p.m. Help is available by phone at 410-260-1392 or by live chat Monday through Friday from 8:30 a.m. to 8:00 p.m. For Help Center locations, visit: mdcourts.gov/helpcenter.

Court staff, including clerks are not permitted to give you legal advice. If you have any questions, you should consult the Maryland Court Help Center or your own attorney.

**If you wish to contest (fight) the claim,** you must file the Notice of Intention to Defend (located at the bottom of your summons). The case will be set for trial. If you wish to have your witnesses appear at trial, you should contact the clerk's office at least two (2) weeks before the trial date to request subpoenas, and you should bring to court on the trial date all evidence you want the court to consider. **If you don't bring your evidence to the hearing, the judge can't consider it.**

**If you do nothing, a judgment could be entered against you that may result in a lien on your property, garnishment of your wages, and freezing your bank account.**

**You may request a remote hearing.** For more information about remote hearings, visit mdcourts.gov/district/remotehearings or contact the court (mdcourts.gov/district/directories/courtmap). If you do not attend the hearing, a judgment could be entered against you.

### If Judgment is Entered Against You (If You Lose)

**IF YOU DISAGREE WITH THE COURT'S RULING,** you may:

1. Ask the court for a new trial by filing a Motion for a New Trial within **ten (10) days** after the entry of judgment, stating your reasons clearly. If the court denies your motion, you may still file an appeal; if the court grants your motion, you must appear in the District Court for a new trial.

2. Ask the court to change the judgment by filing a Motion to Alter or Amend the Judgment within **ten (10) days** after the entry of judgment.

3. Ask the court to change or undo the judgment by filing a Motion to Revise or Vacate the Judgment within **30 days** after the entry of judgment.

4. APPEAL to the circuit court, by filing a Notice of Appeal in the District Court within **30 days** after the entry of judgment. You will have to pay a filing fee (see Guide to Appeal Fees - DCA-109A), unless the court determines that you are indigent. If the amount of the claim, not including court costs, interest, and attorney's fees, was $5,000 or less, you will have a new trial in the circuit court. If the amount of the claim was more than $5,000, you will also have to order and pay for a transcript of the District Court trial record by contacting the District Court clerk's office (see Transcripts & Recordings Brochure - DCA-027BR).

**IF YOU DECIDE NOT TO APPEAL AND NOT TO FILE ONE OF THE ABOVE MOTIONS,** you may contact the plaintiff or plaintiff's attorney to arrange to pay the amount owed. If you do not pay the amount owed, the plaintiff or plaintiff's attorney may initiate further proceedings to enforce the judgment, including:

1. **Judgment Debtor Information Sheet:** You may receive form CC-DC-CV-114 from the plaintiff requesting information about your income and debts. If you complete the form accurately and return it to the creditor as indicated, you will not have to answer interrogatories or appear for an oral examination for at least a year from the date of judgment. NOTE: A Judgment Debtor Information Sheet may not be used to enforce a money judgment resulting from a small claims action (amount sued for was $5,000 or less, exclusive of interest, costs, and attorney's fees).

2. **Interrogatories:** These are written questions. You must answer these written questions about your income and assets in writing under penalties of perjury. NOTE: Interrogatories may not be used to enforce a money judgment resulting from a small claims action (amount sued for was $5,000 or less, exclusive of interest, costs, and attorney's fees).

3. **Oral Examination:** You must appear in court to testify in response to questions about your assets and income. NOTE: An oral examination may not be used to enforce a money judgment resulting from a small claims action (amount sued for was $5,000 or less, exclusive of interest, costs, and attorney's fees).

4. **Writ of Execution:** This document requires the sale or seizure of any of your possessions. Some of your property or possessions may be protected from the writ. These exemptions are explained in detail on the reverse side of the Writ of Execution form DC-CV-040. The court could order you to pay additional expenses such as towing, moving, storage fees, advertising costs, and auctioneer's fees incurred in executing the writ.

5. **Garnishment of Property:** The court may issue a writ freezing your bank account or holding your assets until further court proceedings.

6. **Garnishment of Wages:** The court may issue a writ ordering your employer to withhold a portion of your wages to pay your debt. The law provides certain exemptions from garnishment.

**If you have any questions, you should consult an attorney. Court staff are not permitted to give you legal advice. More information can be found in court brochures located in the clerk's office or online at: mdcourts.gov/district/public_brochures or mdcourts.gov/legalhelp/moneyissues**

## NOTICE TO PLAINTIFF

**REQUESTING A JUDGMENT BY AFFIDAVIT OR DEFAULT:**
Federal Law requires the filing of a military service affidavit. Information about the Servicemembers Civil Relief Act and the required affidavit can be found on the court's website at: mdcourts.gov/reference/scra.

**AFTER THE COURT ENTERS A JUDGMENT:**

1. If the court enters a judgment for a sum certain, you have the right to file for a lien on real property.

2. If you disagree with the outcome of the case, you have the same post-trial rights as the defendant does:
   you may file an Appeal, a Motion for New Trial, a Motion to Alter or Amend the Judgment or a Motion to Revise or Vacate the Judgment. See above for further information concerning these rights.

DC-CV-001 (back) (Rev. 10/01/2023)

CMPET

Randy McKinley

6805 Real Princess

Lane Gwynn Oak,

Maryland 21207


TransUnion LLC Consumer

Dispute Center PO Box 2000

Chester, PA 19016


09/12/2023

To Whom It May Concern,

     This notice is to inform you that you unlawfully reported fraudulent accounts that arose from IDENTITY THEFT that you did not verify as required by law on my consumer report.

     **15 USC §1681b (c) Furnishing reports in connection with credit or insurance transactions that are not initiated by consumer**

(3) **Information regarding inquiries;** Except as provided in section 1681g(a)(5) of this title, a consumer reporting agency shall not furnish to any person a record of inquiries in connection with a credit or insurance transaction that is not initiated by a consumer.

     The Following Inquires and accounts are a result of Identity theft and was not initiated by me, I demand that they are DELETED immediately:

     1. The inquiry was not
authorized ELAN
FINANCI
Date of inquiry:
08/08/2023 This
is not mine.

2. The inquiry was not
authorized
TOWER FEDERA
Date of inquiry:
01/21/2022 This
is not mine.


     My identity has been stolen you are hereby put on notice.

Aggravated Identity Theft pursuant to 18 U.S.C. §1028A.

## (1) IN GENERAL.—

Whoever, during and in relation to any felony violation enumerated in subsection (c), knowingly transfers, possesses, or uses, without lawful authority, a means of identification of another person shall, in addition to the punishment provided for such felony, be sentenced to a term of imprisonment of 2 years.

An identification of me has been used with out my permission to open several accounts that have damaged my reputation and damaged my mode of living because you furnished a consumer report without my written permission as stated by Federal Law.

     **15 USC §1681b Permissible purpose of consumer reports**

     (a) IN GENERAL

     Subject to subsection (c) any consumer reporting agency may furnish a consumer report under the following circumstances and no other:

(2) In accordance with the written instructions of the consumer to whom it relates.

YOU TRANSUNION, EQUIFAX, EXPERIAN have aided this Fraud by not verifying these
accounts. Congress states
15 USC §1681 Fair Credit Reporting Act
(a) Accuracy and fairness of credit reports
(4) There is a need to insure that consumer reporting agencies exercise their grave
responsibilities with fairness, impartiality, and a respect for the consumer's right to privacy.

## Pursuant 15 U.S. Code § 1681c–2 - Block of Information resulting from Identity theft

Except as otherwise provided in this section, a consumer reporting agency shall block the reporting of any information in the file of
a consumer that the consumer identifies as information that resulted from an alleged identity theft, not later than 4 business days
after the date of receipt by such agency of—
(1) appropriate proof of the identity of the consumer;
(2) a copy of an identity theft report;
(3) the identification of such information by the consumer; and
(4) a statement by the consumer that the information is not information relating to any transaction by
the consumer. I have attached all the relevant documents pursuant the above Section of the law.
I demand all the above Fraudulent accounts DELETED Immediately.
I Demand an updated copy of my Consumer file reflecting these changes ( 15 USC 1681 c-1 2 Access to free reports)

(2) Access to free reports

In any case in which a consumer reporting agency includes a fraud alert in the file of a consumer pursuant to this subsection, the
consumer reporting agency shall—

(A) disclose to the consumer that the consumer may request a free copy of the file of the consumer pursuant to section 1681j(d)
of this title; and

Be Advised I will CC
The Bureau of Consumer Protection
Financial (CFPB) FTC
BBB
Attorney Generals Office in your state and Mine

*Randy McKinley*

Randy McKinley

Randy McKinley

6805 Real Princess Lane
Gwynn Oak, Maryland 21207

Transunion
TransUnion Litigation Department
PO Box 2000
Chester, PA 19016
01/07/2024

To whom it may concern:

I received a copy of my credit report.

This agency is in violation of 15 USC 1681a(2)(A)(i); the consumer report DOES NOT INCLUDE information solely as to transactions or experiences between the consumer and the person making the report and any authorization or approval of a specific extension of credit directly or indirectly by the issuer of a credit card or similar device. Additionally, per the FCRA 15 USC 1681b(2) consumer reporting agencies are only to furnish a consumer report in accordance with the written instruction of the consumer to whom it relates. I have NOT give written permission or consent for my credit report to be furnished.

1. The inquiry was not authorized
   TOWER FEDERA
   Date of inquiry: 01/21/2022
   This is not mine.

2. Per 15 USC 1681a I didnt authorize you to report the account. You are in violation of the FCRA 15 USC 1681(2)(a)(b) and I demand the account be removed permanently.
   DPT ED/AIDV
   Account Number: 333901E0062014
   Please permanently remove

3. Per 15 USC 1681a I didnt authorize you to report the account. You are in violation of the FCRA 15 USC 1681(2)(a)(b) and I demand the account be removed permanently.
   DPT ED/AIDV
   Account Number: 333901E0032012
   Please permanently remove

4. Per 15 USC 1681a I didnt authorize you to report the account. You are in violation of the FCRA 15 USC 1681(2)(a)(b) and I demand the account be removed permanently.
   DPT ED/AIDV
   Account Number: E0112016081916
   Please permanently remove

5. Per 15 USC 1681a I didnt authorize you to report the account. You are in violation of the FCRA 15 USC 1681(2)(a)(b) and I demand the account be removed permanently.
   DPT ED/AIDV
   Account Number: E0122016081916
   Please permanently remove

DPT ED/AIDV
Account Number: E0142018040218
Please permanently remove

7. Per 15 USC 1681 I didnt authorize the reporting of the accounts. Under 15 USC 1681c-2
ONEMAIN
Account Number: 222442100794
Please permanently remove

8. Per 15 USC 1681 I didnt authorize you to report the account. You are in violation of the FCRA 15 USC 1681(2)(a)(b) and I demand the account be removed permanently.

DPT ED/AIDV
Account Number: 333901E0052014
Please permanently remove

9. Per 15 USC 1681 I didnt authorize you to report the account. You are in violation of the FCRA 15 USC 1681(2)(a)(b) and I demand the account be removed permanently.
DPT ED/AIDV
Account Number: E0132017091317
Please permanently remove

10. Per 15 USC 1681a I didnt authorize you to report the account. You are in violation of the FCRA 15 USC 1681(2)(a)(b) and I demand the account be removed permanently.
DPT ED/AIDV
Account Number: E0162018091718
Please permanently remove

11. Per 15 USC 1681a I didnt authorize you to report the account. You are in violation of the FCRA 15 USC 1681(2)(a)(b) and I demand the account be removed permanently.
DPT ED/AIDV
Account Number: E0152018071018
Please permanently remove

12. Per 15 USC 1681a I didnt authorize you to report the account. You are in violation of the FCRA 15 USC 1681(2)(a)(b) and I demand the account be removed permanently.
DPT ED/AIDV
Account Number: 333901E0082015
Please permanently remove

13. Per 15 USC 1681a I didnt authorize you to report the account. You are in violation of the FCRA 15 USC 1681(2)(a)(b) and I demand the account be removed permanently.
DPT ED/AIDV
Account Number: 333901E0092015
Please permanently remove

14. Per 15 USC 1681a I didnt authorize you to report the account. You are in violation of the FCRA 15 USC 1681(2)(a)(b) and I demand the account be removed permanently.
DPT ED/AIDV
Account Number: 333901E0042013
Please permanently remove

Account Number: 333901E0022012

Please permanently remove

16. Per 15 USC 1681a I didnt authorize you to report the account. You are in violation of the FCRA 15 USC 1681(2)(a)(b) and I demand the account be removed permanently.
   DPT ED/AIDV
   Account Number: 333901E0012012
   Please permanently remove

17. Per 15 USC 1681a I didnt authorize you to report the account. You are in violation of the FCRA 15 USC 1681(2)(a)(b) and I demand the account be removed permanently.
   DPT ED/AIDV
   Account Number: 333901E0022015
   Please permanently remove

18. Per 15 USC 1681a I didnt authorize you to report the account. You are in violation of the FCRA 15 USC 1681(2)(a)(b) and I demand the account be removed permanently.
   DPT ED/AIDV
   Account Number: E0102016010916
   Please permanently remove

19. Per 15 USC 1681 I didnt authorize the reporting of the accounts. Under 15 USC 1681c- 2
   UPGRADE INC
   Account Number: 23824
   Please block and remove the account.


The reporting of these accounts are violations of 15 USC 1681 and the Fair Credit Reporting Act 15 USC 1681(a)(2)(B)
      (2)Exclusions-Except as provided in paragraph (3) the term "consumer report" does not inlcude-
         (B) any authorization or approval of a specific extension of credit directly or indirectly by the issuer or a credit card or similar device;

Under the Truth in Lending Act 15 USC 1602 (g), "credit card" is defined as the following:

The term "credit card" means any card, plate, coupon book or other credit device existing for the purpose of obtaining money, property, labor or services on credit.

This makes your social security card, driver's license/ID and license plate credit cards that are/were used for the extension of credit.

Enclosed, is an invoice for $1,000 per violation for violating my rights. If the listed accounts are not removed immediately,I will be forced to summon you to court.

Best regards,

Randy McKinley



PATENT NO. 5, 901 903

TEAR FROM BOTTOM UP

FORM CML-5.2    Certified Mail Done Fast, Inc.

TEAR FROM BOTTOM UP

← FOLD BACK TO REMOVE CARD





DISTRICT COURT OF MARYLAND
120 E CHESAPEAKE AVE
TOWSON MD 21286-5307

US POSTAGE IMI PITNEY BOWES

ZIP 21286 $ 017.17
02 4W
0000387781 MAR 07 2024



7190 1817 5960 0302 8665

**"RESTRICTED DELIVERY"**

TRANS UNION, LLC
SO/RA CSC LAWYERS
INCORPORATING SERVICE
COMPANY
7 ST PAUL STREET SUITE 820
BALTIMORE MD  21202